IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THURMAN HARVEY HINES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-19-385-SLP |
| ) | |
| MIKE CARPENTER, Warden, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered herein on April 30, 2019 [Doc. No. 6]. Judge Mitchell recommended that Petitioner's motion for leave to proceed *in forma pauperis* be denied and that this matter be dismissed without prejudice unless Petitioner pays the full filing fee to the Clerk of Court within twenty days of any order adopting this Report and Recommendation. A review of the Court's Docket indicates that Petitioner paid the full $5.00 filing fee on May 15, 2019.

Therefore, the Report and Recommendation [Doc. No. 6] is ADOPTED in its entirety, the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 3] is DENIED and this matter is re-referred to United States Magistrate Judge Suzanne Mitchell for further proceedings in accordance with the original referral entered herein on April 29, 2019.

IT IS SO ORDERED this 16th day of May, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE